IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **Jonathan P. Dean** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| Vs. | ) No. 4:25-CV-00472-SRB |
| | ) |
| **RANDLES MATA, LLC.** | ) |
| | ) |
| **Defendant** | ) |

## LIMITED ENTRY OF APPEARANCE AND MOTION TO QUASH FOR INEFFECTIVE SERVICE

COMES NOW Randles Mata, LLC. by and through Rebecca M. Randles, Randles Mata, LLC, 851 NW 45th Street, Suite 310, Kansas City, Missouri 64116 and hereby enters their appearance for a limited purpose and requests the Honorable Court to quash service in the matter as the Summons is issued for the Eastern District of Missouri but the Complaint lists the Western District of Missouri. Proper service of process is necessary for a court to have jurisdiction of the defendant. Because of the defective service, the Court does not yet have jurisdiction over the named defendant.

WHEREFORE, defendant requests that service of process in this matter be quashed.

Respectfully Submitted,

**RANDLES, MATA LLC.**

*/S/ Rebecca M. Randles*
Rebecca M. Randles, MO#40149
851 NW 45th Street, Suite 310
Kansas City, MO 64116
(816) 931-9901; (816) 931-0134 (Fax)
rebecca@rmblawyers.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY Certify that the above and foregoing document was duly filed and served this 16th day of July, 2025 via the Court's efiling service.

*/s/ Rebecca M. Randles*
Attorney for Plaintiffs