UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI, WESTERN DIVISION

| | |
|---|---|
| JONATHAN P. DEAN, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) Case No. 4:25-cv-00472-SRB |
| RANDLES MATA, LLC;<br>KEN CHACKES, LLC, successor to<br>CHACKES CARLSON, LLP | )<br>)<br>)<br>) |
| Defendants. | ) |

## JURY DEMAND

COMES NOW Defendant Ken Chackes, LLC, successor to Chackes Carlson, LLP, by and through their attorneys, Fox Smith, LLC, and herewith demand a trial by jury on all counts and defenses.

FOX SMITH, LLC

By: /s/ *Richard B. Korn*
Richard B. Korn #54570
Scott M. Gershenson #64865
One S. Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (Fax)
rkorn@foxsmithlaw.com
sgershenson@foxsmithlaw.com

*Attorneys for Defendant Ken Chackes, LLC, successor to Chackes Carlson, LLP*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 18th day of November, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jonathan P. Dean<br>Dean Law, LLC<br>3052 N. Christina Avenue<br>Chicago, IL 60618<br>deanlawllc@gmail.com | Timothy M. Aylward<br>Horn, Aylward & Bandy, LLC<br>2600 Grand Boulevard<br>Suite 1100<br>Kansas City, MO 64108<br>taylard@hab-law.com |
| Rebecca M. Randles<br>Randles Mata, LLC<br>851 NW 45th Street<br>Suite 310<br>Kansas City, MO 64116<br>rebecca@randlesmatalaw.com | |

                                      /s/ *Richard B. Korn*