# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JONATHAN P. DEAN, )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>RANDLES MATA, LLC, )<br>et al., )<br> )<br>     Defendant. ) | Case No. 4:25-CV-00472-SRB |

## CERTIFICATE OF SERVICE

Defendant Randles Mata, LLC, by and through its attorneys, does hereby certify that its Answers and Objections to Plaintiff's First Set of Interrogatories and its Responses and Objections to Plaintiff's First Production of Documents were sent by electronically on the 2nd day February, 2026 to the following:

Jonathan Dean
Dean Law LLC
3052 N Christiana Ave
Chicago, IL 60618
deanlawllc@gmail.com
**Plaintiff**

Richard B. Korn #54570
Scott M. Gershenson #64865
One S. Memorial Drive, 12th Floor
St. Louis, MO 63102
rkorn@foxsmithlaw.com
sgershenson@foxsmithlaw.com
**Attorneys for Defendant Ken Chackes, LLC, successor to Chackes Carlson, LLP**

Respectfully submitted,

  /s/ Timothy M. Aylward
Timothy M. Aylward    MO #30274
Abigail C. Breckenridge   MO #75492
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
taylward@hab-law.com
abreckenridge@hab-law.com

**Attorneys for Defendant Randles Mata, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

  /s/ Timothy M. Aylward