| | | |
|---|---|---|
| JONATHAN P. DEAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00472-SRB |
| | ) | |
| RANDLES MATA, LLC; | ) | |
| KEN CHACKES, LLC, successor to | ) | |
| CHACKES CARLSON, LLP | ) | |
| | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, Plaintiff served Supplemental Answers and

Objections to Ken Chackes LLC's First Interrogatories and Supplemental Responses and

Objections to Ken Chackes LLC's First Request for Production on counsel of record:

**/s/ Timothy M. Aylward**
Timothy M. Aylward
Abigail Breckenridge
Horn, Aylward & Bandy, LLC
2600 Grand Boulevard
Suite 1100
Kansas City, MO 64108
816-520-4243
816-421-0899 (fax)
TAYLWARD@HAB-LAW.COM

**/s/ Richard B. Korn**
Richard B. Korn
Fox Smith, LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965
rkorn@foxsmithlaw.com

1

**DEAN LAW LLC**

**/s/ Jonathan P. Dean**
Jonathan P. Dean, #70445
Dean Law LLC
211 West Wacker Drive, Suite 120
#2303
Chicago, IL 60606
(312) 610-9903
deanlawllc@gmail.com

Date: April 17, 2026

2